**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL WEIMAN, on behalf of himself** | ) | |
| **and all others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:20-cv-00640-TSB** |
| **v.** | ) | |
| | ) | **Judge Black** |
| **MIAMI UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, MICHAEL WEIMAN, by and through his attorneys, THE

LAW FIRM OF MITCHEL LUXENBURG., and for his Notice of Voluntary Dismissal, Plaintiff

states as follows:

1.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

    hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his

    case.

2.  The Defendant in this case has filed neither an answer to Plaintiff's complaint nor

    a motion for summary judgment.

3.  Plaintiff requests that this case be dismissed ***without prejudice*** and without costs to

    any party.

> Respectfully submitted,
> **MICHAEL WEIMAN**
>
> By: ___s/ Mitchel Luxenburg_____
>     Attorney for Plaintiff

1

Dated: August 24, 2020

Mitchel Luxenburg
The Law Firm of Mitch Luxenburg
P.O. Box 22282
Beachwood, Ohio 44122
Telephone:    (216) 452-9301
Facsimile:    (866) 551-7791
E-Mail:       mitch@mluxlaw.com